**FILED**

July 23, 2015

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                         )        Case No. 2:15CR00131-TLN
        Plaintiff,       )
                         )
v.                       )        ORDER FOR RELEASE OF
                         )        PERSON IN CUSTODY
WILLIAM JAMES WELCH,     )
                         )
        Defendant.       )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release ___WILLIAM JAMES WELCH___ , Case No. _

__2:15CR00131-TLN__ , Charge __21USC § 846, 841(a)(1)__ , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___    Release on Personal Recognizance

✔    Bail Posted in the Sum of $ __200,000.00__

        ___    Unsecured Appearance Bond

        ___    Appearance Bond with 10% Deposit

        ___    Appearance Bond with Surety

        ___    Corporate Surety Bail Bond

        ✔    (Other)          __Pretrial conditions as stated on the record.__

The defendant shall be released on July 24, 2015 @ 9:00 a.m. to the pretrial officer.

Issued at __Sacramento, CA__ on __July 23, 2015__ at __2:47 pm__ .

By   /s/ Allison Claire/s/ Allison Claire
     Allison Claire
     United States Magistrate Judge

Copy 2 - Court