PHILLIP A. TALBERT
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-131-TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING DATE AS TO **DEFENDANT WILLIAM JAMES WELCH ONLY**, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| JOSE MANUEL VALDEZ-TORRES, ET AL., | |
| Defendants. | Court: Hon. Troy L. Nunley |

Whereas, defense counsel David Grow, Esq., for defendant William James Welch desires additional time to allow him to attempt to resolve pretrial this prosecution as defense counsel needs to: (1) review scores of telephone conversations, some of which are in Spanish language and others in the English language and often in alleged code, related to alleged multiple drug transactions; (2) review Sentencing Guidelines calculations applicable to his client; and (3) explain the ramifications and consequences of accepting vs. rejecting the plea offer made to his client, and

Whereas, defense counsel David Grow, Esq., is unavailable to perform in the month of October 2017, the work described above in this case due to his responsibilities in other cases, including preparation for five possible jury trials that are set in October 2017 and the possible participation in one or more of these jury trials, and the preparation for two major preliminary hearings set in October 2017 in cases where his clients are facing possible life sentences,

1

It is hereby stipulated and agreed by, and between, the United States, on the one hand, and defendant William James Welch, on the other hand, through their respective counsel that:

1.      The presently set October 5, 2017, status conference hearing as to defendant William James Welch only shall be continued to November 16, 2017, at 9:30 a.m.

2.      The Court shall find that the denial of the requested continuance would deny counsel for defendant William James Welch reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and deny defendant William James Welch continuity of counsel.

3.      The Court shall find that the ends of justice served by the granting of such continuance outweigh the best interests of the public and defendant William James Welch in a speedy trial.

4.      Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, the Court shall exclude time from the date of the parties' stipulation, October 3, 2017, until the proposed November 16, 2017, status conference date from computation of time within which the trial of this matter must be commenced to allow defense counsel time to prepare his client's defense and to allow defendant William James Welch continuity of counsel.

DATED:  October 3, 2017                              PHILLIP A. TALBERT
                                                     United States Attorney

                                                     */s/ Samuel Wong*
                                        By:
                                                     SAMUEL WONG
                                                     Assistant United States Attorney

DATED:  October 3, 2017

                                                     */s/ David Grow*
                                        By:
                                                     DAVID GROW
                                                     Attorney for defendant
                                                     William James Welch

**ORDER**

Pursuant to stipulation of respective counsel for the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety as its ORDER.

The Court hereby finds that:

1.     The denial of the requested continuance would deny counsel for defendant William James Welch the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and deny defendant William James Welch continuity of counsel.

2.     The ends of justice served by the granting of such continuance outweigh the best interests of the public and defendant William James Welch in a speedy trial.

Therefore, it is hereby ORDERED that:

1.     The presently set October 5, 2017, status conference hearing be continued to November 16, 2017, at 9:30 a.m. for defendant William James Welch only.

2.     Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv) and Local Code T4, time is excluded from the date of the parties' stipulation, October 3, 2017, until the proposed November 16, 2017, status conference hearing date from computation of time within which the trial of this matter must be commenced to allow defense counsel time to prepare defendant William James Welch's defense and allow defendant William James Welch continuity of counsel

DATED:  October 3, 2017

Troy L. Nunley
United States District Judge