PHILLIP A. TALBERT
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:15-CR-131-TLN |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING DATE AS TO DEFENDANT WILLIAM JAMES WELCH ONLY, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| JOSE MANUEL VALDEZ-TORRES, ET AL., | |
| Defendants. | Court:  Hon. Troy L. Nunley |

Whereas, defense counsel David Grow, Esq., for defendant William James Welch desires additional time to allow him to attempt to resolve pretrial this prosecution as defense counsel needs to: (1) review scores of telephone conversations, some of which are in Spanish language and others in the English language and often in alleged code, related to alleged multiple drug transactions; (2) review Sentencing Guidelines calculations applicable to his client; and (3) explain the ramifications and consequences of accepting vs. rejecting the plea offer made to his client,

Whereas, Mr. Grow has additional responsibilities on other cases that necessitate a further continuance of the presently set November 16, 2017, status conference so that he can adequately complete the necessary work on the instant case to meet with Welch and review the plea agreement with him.  These work responsibilities on other cases include fifteen criminal court appearances, including nine serious felony matters, scheduled during the week of November 13-17, 2017,

1

It is hereby stipulated and agreed by, and between, the United States, on the one hand, and Welch, on the other hand, through their respective counsel that:

1.      The presently set November 16, 2017, status conference hearing as to Welch only shall be continued to November 30, 2017, at 9:30 a.m.

2.      The Court shall find that the denial of the requested continuance would deny counsel for Welch reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and deny Welch continuity of counsel.

3.      The Court shall find that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Welch in a speedy trial.

4.      Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, the Court shall exclude time from the date of the parties' stipulation, November 9, 2017, until the proposed November 30, 2017, status conference date from computation of time within which the trial of this matter must be commenced to allow defense counsel time to prepare his client's defense and to allow Welch continuity of counsel.

DATED:  November 9, 2017                    PHILLIP A. TALBERT
                                            United States Attorney

                                            */s/ Samuel Wong*
                            By:
                                            SAMUEL WONG
                                            Assistant United States Attorney


DATED:  November 9, 2017

                                            */s/ David Grow*
                            By:
                                            DAVID GROW
                                            Attorney for defendant
                                            William James Welch

**ORDER**

Pursuant to stipulation of respective counsel for the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety as its ORDER.

The Court hereby finds that:

1.     The denial of the requested continuance would deny counsel for defendant William James Welch the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and deny Welch continuity of counsel.

2.     The ends of justice served by the granting of such continuance outweigh the best interests of the public and Welch in a speedy trial.

Therefore, it is hereby ORDERED that:

1.     The presently set November 16, 2017, status conference hearing be continued to November 30, 2017, at 9:30 a.m. for Welch only.

2.     Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv) and Local Code T4, time is excluded from the date of the parties' stipulation, November 9, 2017, until the proposed November 30, 2017, status conference hearing date from computation of time within which the trial of this matter must be commenced to allow defense counsel time to prepare Welch's defense and allow Welch continuity of counsel

DATED:  November 13, 2017

Troy L. Nunley
United States District Judge

3