DAVID ANDREW GROW
Law Offices of David Andrew Grow
901 H Street, Suite 400A
Sacramento, CA 95814
(916) 283-5000

Attorney for William Welch

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:15-CR-0131 TLN |
| v. | APPLICATION FOR ORDER AND ORDER EXONERATING BOND |
| WILLIAM JAMES WELCH, et al., | |
| Defendants | |

The defendant, William Welch, was ordered released during the pendency of his case pursuant to a secured property bond in the amount of $200,000. The bond was secured by a Deed of Trust. The property listed below was posted to secure the bond:

Lot 452, as shown on The Plat of Larchmont Sunriver Unit No. 5, Recorded in Book 137 of Maps, Map No. 10, Records of Sacramento County. APN: 056-0410-024-000,

11139 Trinity River Drive, Rancho Cordova, CA 95670.

The court's release order was well founded. After his release Mr. Welch made all of his court appearances and complied with all conditions of his pre-trial release.

Thus, it is hereby requested that the $200,000 secured appearance bond be exonerated in the above-captioned case and that the Clerk of the Court be directed to reconvey back to the Trustor, Mark Godfrey, Trustee of THE MARK T. GODFREY FAMILY TRUST, the Deed of Trust.

Dated: October 28, 2018

respectfully submitted,

_____
David A. Grow
Attorney for William Welch

ORDER

IT IS HEREBY ORDERED that the appearance bond in the amount of $200,000 is hereby exonerated. It is also ordered that the Clerk's office reconvey the title to the real property securing the bond.

DATED: NOVEMBER 14, 2018

_____
TROY L. NUNLEY
U.S. DISTRICT JUDGE